FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 17 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CAMILLE GEORGE KAIROUZ, | Nos. 10-71131, 10-72641 |
| Petitioner, | Agency No. A070-077-181 |
| v. | MEMORANDUM* |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petitions for Review of Orders of the
Board of Immigration Appeals

Argued and Submitted February 5, 2014
Pasadena, California

Before: SCHROEDER and CLIFTON, Circuit Judges, and TUNHEIM, District Judge.**

Camille George Kairouz, a native and citizen of Lebanon, files these

consolidated petitions for review of the Board of Immigration Appeals' ("BIA")

orders dismissing his appeal from an immigration judge's decision denying his first

---

*This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

**The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, sitting by designation.

and second motions to reopen deportation proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of motions to reopen. *Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1078 (9th Cir. 2013). We deny the petitions for review.

The BIA did not abuse its discretion in denying Kairouz's motions to reopen where the record shows that proper notice of Kairouz's September 9, 1999, deportation hearing was sent to his attorney of record at the time. *See* 8 U.S.C. § 1252b(a)(2); 8 C.F.R. § 1003.26(b); *Garcia v. INS*, 222 F.3d 1208, 1209 (9th Cir. 2000) (per curiam) (holding that notice to the attorney of record constitutes notice to the petitioner). Although Kairouz now argues that his attorney no longer represented him at the time the notice was mailed, that assertion is not supported by the record.

**PETITIONS FOR REVIEW DENIED.**